# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DANIEL TEKLEMARIAM HAGOS,

        Petitioner,

v.

STATE OF WASHINGTON,

        Respondent.

Case No. C19-1379-RSM

ORDER DISMISSING ACTION

The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's petition for writ of habeas corpus (dkt. # 5-1) and this action are DISMISSED without prejudice for failure to exhaust state court remedies.

(3) Petitioner's application to proceed with this action *in forma pauperis* (dkt. # 5) is DENIED as moot.

(4) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DISMISSING ACTION
PAGE - 1

(5) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Michelle L. Peterson.

DATED this 16 day of October 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
PAGE - 2